**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2022**

———————

TYRONE SIMS,

Plaintiff - Appellant,

versus

ALBEMARLE CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron M. Currie, District Judge. (CA-01-317-5-22BD)

———————

Submitted:  March 18, 2003          Decided:  April 1, 2003

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald Gist, THE GIST LAW FIRM, Columbia, South Carolina, for Appellant.  Eric C. Schweitzer, Catherine B. Templeton, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Sims appeals the district court's order awarding summary judgment to his former employer on his racial discrimination claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Sims v. Albemarle Corp.</u>, No. CA-01-317-5-22BD (D.S.C. Aug. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2